# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| John Ernest Perry, Jr., *Plaintiff* | |
| v. | Civil Action No.  0:18-00827-JMC |
| Dalton Taylor, Sean Bailey, *Defendants* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, John Ernest Perry, Jr., take nothing of the defendants, Dalton Taylor and Sean Bailey and this is action is dismissed without prejudice for failure to prosecute pursuant to FRCP 41(b).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The Court having entered an order of dismissal.

Date:  May 8, 2018

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*